

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00064-CV

| | | |
|---|---|---|
| Jerry Dwayne Lee, Jr. | § | From the 97th District Court |
| | § | of Clay County (2012-0063C-CV) |
| v. | | |
| | § | February 12, 2015 |
| Danelle Charlene Lee | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Jerry Dwayne Lee, Jr. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot